UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER CLIFFORD,

    Plaintiff,

    -against-

MAJOR LEAGUE BASEBALL, MLB ADVANCED MEDIA, L.P., BOSTON RED SOX BASEBALL CLUB L.P., HOUSTON ASTROS, LLC, and JOHN DOES 1-50

    Defendants.

KRISTOPHER R. OLSON,

    Plaintiff,

    -against-

MAJOR LEAGUE BASEBALL, MLB ADVANCED MEDIA, L.P., BOSTON RED SOX BASEBALL CLUB L.P., and HOUSTON ASTROS, LLC,

    Defendants.

20-cv-632 (JSR)
20-cv-1000

ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

JED S. RAKOFF, U.S.D.J.

    Clifford v. Major League Baseball et al (20-cv-1000) ("Clifford") was transferred to this Court as a related case to Olson v. Major League Baseball et al (20-cv-632) ("Olson") on February 12, 2020. The two cases are hereby consolidated for all pretrial purposes and the case management plan previously ordered in Olson will also govern Clifford.

1

SO ORDERED.

Dated: New York, NY

February 14, 2020

JED S. RAKOFF, U.S.D.J.