UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, and ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, L.P.; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br><br>Defendants | Case No. 20-CV-0632-JSR |

### DECLARATION REGARDING PROPER VENUE PURSUANT TO CAL. CIVIL CODE § 1780(d)

I, David S. Golub, declare as follows:

1. I am an attorney with Silver Golub & Teitell LLP, and I represent the Plaintiffs in the above-entitled action. This declaration is submitted pursuant to California Civil Code § 1780(d).

2. Venue for this action is proper in New York County because Defendants Major League Baseball and MLB Advanced Media, L.P. (collectively, "MLB Defendants") reside and/or have their principal places of business in New York County, and/or are doing business in New York County.

3. Venue is therefore proper in New York County pursuant to California Civil Code § 1780(d).

4. I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct. Executed on February 18, 2020, at Stamford, Connecticut.

/s/ David S. Golub
David S. Golub

## **CERTIFICATION**

I hereby certify that on February 18, 2020, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ *David S. Golub*
David. S. Golub