UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, L.P.; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, L.P.,<br><br>          Defendants. | Case No. 1:20-cv-00632-JSR<br>Case No. 1:20-cv-01000-JSR<br><br>**NOTICE OF MOTION TO DISMISS** |

    PLEASE TAKE NOTICE that, pursuant to the Civil Case Management Plan dated February 7, 2020 (ECF No. 17), and upon (i) the Memorandum of Law in Support of Defendant Boston Red Sox Baseball Club, L.P.'s Motion to Dismiss, dated February 21, 2020, and (ii) the Declaration of Lauren A. Moskowitz, executed on February 21, 2020, with exhibits annexed thereto, and upon all prior pleadings and proceedings herein, Defendant Boston Red Sox Baseball Club, L.P. hereby moves this Court, before the Honorable Jed S. Rakoff, U.S. District Judge, Courtroom 14-B, at the United States District Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing for failure to state a claim upon which relief can be granted all claims asserted against it in the Amended Class Action Complaint in this matter (ECF No. 20) in their entirety, namely Claims Nine, Ten, Eleven and Twelve asserted therein, with prejudice, and granting such other and further relief as this Court deems just and proper.

In accordance with the briefing schedule set by the Court, answering papers will be due by March 6, 2020, reply papers will be due by March 13, 2020, and oral argument has been set for March 20, 2020 at 9:00 a.m.

Dated: February 21, 2020

                                 CRAVATH, SWAINE & MOORE LLP,

                  by
                                */s/* Lauren A. Moskowitz
                                    Katherine B. Forrest
                                    Michael T. Reynolds
                                    Lauren A. Moskowitz

                                   Worldwide Plaza
                                       825 Eighth Avenue
                                         New York, NY 10019
                                             (212) 474-1000
                                               kforrest@cravath.com
                                              mreynolds@cravath.com
                                              lmoskowitz@cravath.com

                                  *Attorneys for Defendant Boston Red Sox*
                                  *Baseball Club, L.P.*

TO ALL COUNSEL OF RECORD