# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,

    Defendants.

Case No. 1:20-cv-00632-JSR

Rule 7.1 Statement

## CORPORATE DISCLOSURE STATEMENT OF HOUSTON ASTROS, LLC

Pursuant to Fed. R. Civ. P. 7.1, Houston Astros, LLC states that its parent company is HBP Team Holdings, LLC. No publicly traded company owns 10% or more of Houston Astros, LLC.

Dated: February 21, 2020

Respectfully submitted,

HOUSTON ASTROS, LLC
By its counsel,

/s/ *Hilary L. Preston*

| | |
|---|---|
| Michael C. Holmes (*admitted pro hac vice*) | Clifford Thau |
| 2001 Ross Avenue | Hilary L. Preston |
| Suite 3900 | VINSON & ELKINS LLP |
| Dallas, TX 75201 | 1114 Avenue of the Americas |
| Tel: 214-220-7814 | 32nd Floor |
| Fax: 214-999-7814 | New York, NY 10036 |
| mholmes@velaw.com | Tel: 212-237-0000 |
| | Fax: 917-849-5342 |
| | cthau@velaw.com |
| | hpreston@velaw.com |

*Attorneys for Houston Astros, LLC*