**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KRISTOPHER R. OLSON, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br><br>　　　Defendants. | Case No. 1:20-cv-00632-JSR |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marisa Antos-Fallon, who is admitted to practice in this Court, respectfully enters her appearance as counsel for defendant Houston Astos, LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon her.

Dated: March 18, 2020

　　　　　　　　　　　　　　　　　　VINSON & ELKINS LLP

　　　　　　　　　　　　　　　　　　*/s/ Marisa Antos-Fallon*
　　　　　　　　　　　　　　　　　　Marisa Antos-Fallon
　　　　　　　　　　　　　　　　　　666 Fifth Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10103
　　　　　　　　　　　　　　　　　　Telephone: (212) 237-0151
　　　　　　　　　　　　　　　　　　Facsimile: (212) 237-0100
　　　　　　　　　　　　　　　　　　(mantos-fallon@velaw.com)

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Houston Astros, LLC*