UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTOPHER R. OLSON,
CHRISTOPHER LOPEZ, WARREN
BARBER, CHRISTOPHER CLIFFORD
and ERIK LIPTAK,

        Plaintiffs,

v.

MAJOR LEAGUE BASEBALL; MLB
ADVANCED MEDIA, L.P.; HOUSTON
ASTROS, LLC; and BOSTON RED SOX
BASEBALL CLUB, LP,

        Defendants.

20 Civ. 632 (JSR)

---

## DEFENDANT MAJOR LEAGUE BASEBALL'S
## NOTICE OF MOTION FOR A PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law, (ii) Declaration of Bryan Seeley, and (iii) Declaration of John L. Hardiman and the exhibits thereto, the undersigned Defendant Major League Baseball moves this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Pursuant to the Court's instruction during the Parties' joint conference call with the Court on March 25, 2020, Plaintiffs shall file any opposition to this motion by April 3, 2020. Defendants understand that the Court will instruct the parties if it decides oral argument is necessary or appropriate.

Dated: March 30, 2020
       New York, New York

                                Respectfully submitted,

                                */s/ John L. Hardiman*
                                John L. Hardiman
                                Benjamin R. Walker
                                Hannah Lonky Fackler
                                SULLIVAN & CROMWELL LLP
                                125 Broad Street
                                New York, NY 10004
                                Tel: 212-558-4000
                                Fax: 212-558-3558
                                hardimanj@sullcrom.com
                                walkerb@sullcrom.com
                                facklerh@sullcrom.com

                                *Counsel for Major League Baseball and MLB Advanced Media LP*