UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD and ERIK LIPTAK, <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, L.P.; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP, <br><br> Defendants. | 20 Civ. 632 (JSR) |

---

## DECLARATION OF JOHN L. HARDIMAN

I, John L. Hardiman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants Major League Baseball and MLB Advanced Media LP in this action, and a member of the Bar of the State of New York. I make this Declaration to place before this Court certain documents served in this action that are referenced in Major League Baseball's Memorandum of Law in Support of Its Motion for a Protective Order.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Plaintiff's First Set of Requests for Production of Documents from Defendant Major League Baseball | Exhibit 1 |
| Defendants Major League Baseball and MLB Advanced Media L.P.'s Responses and Objections to Plaintiff's First Set of Requests for Production of Documents | Exhibit 2 |

Dated: March 30, 2020
       New York, New York.

                                                           */s/ John L. Hardiman*
                                                           John L. Hardiman