UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated, | : : : : : : | |
| Plaintiffs, | : : | Case No. 1:20-cv-00632-JSR |
| v. | : : | |
| MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP, | : : : : : | |
| Defendants. | : | MAY 5, 2020 |

## PLAINTIFFS' NOTICE OF MOTION TO ALTER, AMEND OR VACATE THE JUDGMENT AND FOR LEAVE TO AMEND

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of Motion to Alter, Amend or Vacate the Judgment and for Leave to Amend and the attached Proposed Second Amended Complaint (Exhibit A), and the attached documents referenced in the Memorandum (Exhibit B), plaintiffs will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York, on May 22, 2020 at 9 a.m., or at such other date and time determined by the Court, for an order, pursuant to Fed. R. Civ. P. 59(e) and 60(b), altering, amending or vacating the Judgment of this Court, entered April 7, 2020 (ECF 56), insofar as it dismissed plaintiffs' Amended Class Action Complaint (ECF 20) with prejudice, and granting plaintiffs leave to file their Proposed Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2).

As directed by the Court in a May 1, 2020 teleconference with the parties, defendants' opposition briefs on this Motion will be due May 15, 2020, and plaintiffs' reply will be due May 22, 2020.

DATED: May 5, 2020

SILVER GOLUB & TEITELL LLP

By: /s/ David S. Golub
David S. Golub
Steven L. Bloch
Ian W. Sloss
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Tel. (203) 325-4491
dgolub@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

John D. Radice
Kenneth Pickle
Natasha Fernandez-Silber
April Lambert
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
jradice@radicelawfirm.com
kpickle@radicelawfirm.com
nsilber@radicelawfirm.com
alambert@radicelawfirm.com

Eric L. Cramer
Patrick F. Madden
BERGER AND MONTAGUE
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
pmadden@bm.net

*Counsel for Plaintiffs and the Proposed Classes*