UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, L.P.; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, L.P.,<br><br>　　　　　Defendants. | 20-cv-632 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

　　The Court hereby orders that document 59-3, filed electronically in the above-captioned case, be permanently sealed.

　　SO ORDERED.

Dated:　New York, NY

　　　　May 6, 2020

　　　　　　　　　　　　　　　　　　_/s/ Jed S. Rakoff_
　　　　　　　　　　　　　　　　　　United States District Judge

1