UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP, <br><br> Defendants. | Case No. 1:20-cv-00632-JSR <br><br><br><br><br><br><br><br><br><br> MAY 5, 2020 |

**PLAINTIFFS' NOTICE OF MOTION TO ALTER, AMEND
OR VACATE THE JUDGMENT AND FOR LEAVE TO AMEND**

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of Motion to Alter, Amend or Vacate the Judgment and for Leave to Amend and the attached Proposed Second Amended Complaint (Exhibit A), and the attached documents referenced in the Memorandum (Exhibit B), plaintiffs will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York, on May 22, 2020 at 9 a.m., or at such other date and time determined by the Court, for an order, pursuant to Fed. R. Civ. P. 59(e) and 60(b), altering, amending or vacating the Judgment of this Court, entered April 7, 2020 (ECF 56), insofar as it dismissed plaintiffs' Amended Class Action Complaint (ECF 20) with prejudice, and granting plaintiffs leave to file their Proposed Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2).

As directed by the Court in a May 1, 2020 teleconference with the parties, defendants' opposition briefs on this Motion will be due May 15, 2020, and plaintiffs' reply will be due May 22, 2020.

DATED:  May 5, 2020					SILVER GOLUB & TEITELL LLP


						By:  /s/ David S. Golub
						    David S. Golub
						    Steven L. Bloch
						    Ian W. Sloss
						    SILVER GOLUB & TEITELL LLP
						    184 Atlantic Street
						    Stamford, CT 06901
						    Tel. (203) 325-4491
						    dgolub@sgtlaw.com
						    sbloch@sgtlaw.com
						    isloss@sgtlaw.com

						    John D. Radice
						    Kenneth Pickle
						    Natasha Fernandez-Silber
						    April Lambert
						    RADICE LAW FIRM, P.C.
						    475 Wall Street
						    Princeton, NJ 08540
						    Tel: (646) 245-8502
						    jradice@radicelawfirm.com
						    kpickle@radicelawfirm.com
						    nsilber@radicelawfirm.com
						    alambert@radicelawfirm.com

						    Eric L. Cramer
						    Patrick F. Madden
						    BERGER AND MONTAGUE
						    1818 Market Street
						    Suite 3600
						    Philadelphia, PA 19103
						    Tel: (215) 875-3000
						    ecramer@bm.net
						    pmadden@bm.net

						*Counsel for Plaintiffs and the Proposed Classes*