**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD and ERIK LIPTAK, <br><br> Plaintiffs, <br><br> v. <br><br> MAJOR LEAGUE BASEBALL, MLB ADVANCED MEDIA, L.P., HOUSTON ASTROS, LLC and BOSTON RED SOX BASEBALL CLUB, LP, <br><br> Defendants. | Case No.  20 Civ. 632 (JSR) |

## JOINT NOTICE OF APPEAL

Notice is hereby given that non-party New York Yankees Partnership ("Yankees") and Defendants Major League Baseball ("MLB") and MLB Advanced Media, L.P., appeal to the United States Court of Appeals for the Second Circuit from this Court's Memorandum Order ("Memorandum Order") entered on June 12, 2020 (Doc. 73) ordering a letter sent by MLB Commissioner Robert Manfred to the General Manager of the Yankees (Doc. 59-3) to be unsealed.

Dated:  June 15, 2020

/s/ *Jonathan D. Schiller*

Randy Levine (rlevine@yankees.com)
President, New York Yankees Partnership
1 East 161st Street
Bronx, New York 10451

Jonathan D. Schiller (jschiller@bsfllp.com)
Thomas H. Sosnowski (tsosnowski@bsfllp.com)
BOIES SCHILLER FLEXNER LLP

1

55 Hudson Yards
New York, NY 10001
P: (212) 446-2300
F: (212) 446-2350

*Attorneys for New York Yankees Partnership*


/s/ *John. L. Hardiman*

John L. Hardiman (hardimanj@sullcrom.com)
Benjamin R. Walker (walkerb@sullcrom.com)
Hannah Lonky Fackler (facklerh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
P: 212-558-4000
F: 212-558-3558

*Attorneys for Major League Baseball and MLB*
*Advanced Media, L.P.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 15th day of June, 2020, a copy of the foregoing Notice of Appeal was filed electronically by using the CM/ECF system, and that pursuant to Local Rule 3.1 of the U.S. Court of Appeals for the Second Circuit, notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

*/s/ Jonathan D. Schiller*
Jonathan D. Schiller