UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, L.P.; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, L.P.,<br><br>            Defendants. | 20-cv-632 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

In effectuation of the Order Staying Unsealing filed earlier today, the parties in the above-captioned matter are directed to file electronically and under seal the following:

1) The proposed very minimally redacted version of the Yankees Letter submitted to the Court by the New York Yankees, Major League Baseball, and MLB Advanced Media, L.P. on Monday, June 15, 2020, and redacted only as to the identities of certain individuals[1];

2) A version of the proposed amended complaint submitted in connection with plaintiffs' motion for reconsideration,

---

[1] This is the version of the letter that, if the Court of Appeals denies the pending appeal by the New York Yankees, Major League Baseball, and MLB Advanced Media, L.P., will then be unsealed.

1

see ECF No. 64-1 to 64-2, with the following paragraphs unredacted: 31, 133-134, 156-57, 406-08, 450-51;

3) ECF No. 64-3, MLB-Olson 00000448 (Section VIII.A only); and

4) Pages 10-11 of Plaintiffs' opening memorandum of law (ECF No. 60).

5) Pages 14-16 of MLB defendants' opposition brief (ECF No. 65).

6) Pages 6-7 of Plaintiffs' reply memorandum of law (ECF No. 71).

Moreover, the parties are directed to file publicly the following documents that the parties agree should be unredacted:

1) A version of the proposed amended complaint submitted in connection with plaintiffs' motion for reconsideration, see ECF No. 64-1 to 64-2, with the following paragraphs unredacted: 31, 156-57, 450-51; and

2) ECF No. 64-3, MLB-Olson 00000448 (Section VIII.A only).

SO ORDERED.

Dated:   New York, NY

         June 17, 2020                    _____
                                          United States District Judge