UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, LP; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, LP,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 1:20-cv-00632-JSR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MAY 5, 2020 |

**PLAINTIFFS' NOTICE OF MOTION TO ALTER, AMEND
OR VACATE THE JUDGMENT AND FOR LEAVE TO AMEND**

  PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of Motion to Alter, Amend or Vacate the Judgment and for Leave to Amend and the attached Proposed Second Amended Complaint (Exhibit A), and the attached documents referenced in the Memorandum (Exhibit B), plaintiffs will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York, on May 22, 2020 at 9 a.m., or at such other date and time determined by the Court, for an order, pursuant to Fed. R. Civ. P. 59(e) and 60(b), altering, amending or vacating the Judgment of this Court, entered April 7, 2020 (ECF 56), insofar as it dismissed plaintiffs' Amended Class Action Complaint (ECF 20) with prejudice, and granting plaintiffs leave to file their Proposed Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2).

As directed by the Court in a May 1, 2020 teleconference with the parties, defendants' opposition briefs on this Motion will be due May 15, 2020, and plaintiffs' reply will be due May 22, 2020.

DATED: May 5, 2020                                   SILVER GOLUB & TEITELL LLP

                                                    By:  /s/ David S. Golub
                                                        David S. Golub
                                                        Steven L. Bloch
                                                        Ian W. Sloss
                                                        SILVER GOLUB & TEITELL LLP
                                                        184 Atlantic Street
                                                        Stamford, CT 06901
                                                        Tel. (203) 325-4491
                                                        dgolub@sgtlaw.com
                                                        sbloch@sgtlaw.com
                                                        isloss@sgtlaw.com

                                                        John D. Radice
                                                        Kenneth Pickle
                                                        Natasha Fernandez-Silber
                                                        April Lambert
                                                        RADICE LAW FIRM, P.C.
                                                        475 Wall Street
                                                        Princeton, NJ 08540
                                                        Tel: (646) 245-8502
                                                        jradice@radicelawfirm.com
                                                        kpickle@radicelawfirm.com
                                                        nsilber@radicelawfirm.com
                                                        alambert@radicelawfirm.com

                                                        Eric L. Cramer
                                                        Patrick F. Madden
                                                        BERGER AND MONTAGUE
                                                        1818 Market Street
                                                        Suite 3600
                                                        Philadelphia, PA 19103
                                                        Tel: (215) 875-3000
                                                        ecramer@bm.net
                                                        pmadden@bm.net

                                                        *Counsel for Plaintiffs and the Proposed Classes*