UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOPHER R. OLSON, CHRISTOPHER LOPEZ, WARREN BARBER, CHRISTOPHER CLIFFORD, AND ERIK LIPTAK, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     -v.-<br><br>MAJOR LEAGUE BASEBALL; MLB ADVANCED MEDIA, L.P.; HOUSTON ASTROS, LLC; and BOSTON RED SOX BASEBALL CLUB, L.P.,<br><br>            Defendants. | 20-cv-632 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On April 3, 2020, the Court dismissed the above-captioned action for failure to state a claim. ECF No. 55. The dismissal was with prejudice because the Court concluded that some of the complaint's infirmities could not be cured through amendment. Plaintiffs then moved for reconsideration on May 6, 2020, contending that a proposed amended complaint would cure the deficiencies in the prior complaint. ECF No. 64. On June 5, 2020, the Court denied that motion in its entirety, as the proposed amended complaint did not live up to its billing. ECF No. 72. After careful consideration, the U.S. Court of Appeals for the Second

1

Circuit affirmed this Court's dismissal and this Court's denial of reconsideration, issuing a mandate on April 28, 2022.

A second motion for reconsideration was docketed on June 19, 2020, and June 29, 2020. ECF Nos. 78, 79, 80. Upon inspection, it appears to be identical to the first motion for reconsideration. Since the second motion for reconsideration presents precisely the same issues as its progenitor, which was denied, it too is denied. The Clerk is directed to close items 78, 79, and 80 on the docket.

SO ORDERED.

Dated:   New York, NY

      September 14, 2022

                                                       JED S. RAKOFF, U.S.D.J.